UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MORRILL R. WORCESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:10-cv-478-GZS |
| | ) |
| WHITNEY ORIGINALS, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER & REPORT OF CONFERENCE**

In accordance with the Procedural Order (Docket # 20), the Court held a conference of counsel on October 17, 2011. Attorney Charles Gilbert appeared for Plaintiff. Attorney James Haddow appeared telephonically for Defendant. Following the Conference the Court hereby ORDERS that the following procedure be followed in connection with Defendant's motion for summary judgment:

On or before **November 9, 2011**, Defendant Whitney Originals, Inc. shall file their motion for summary judgment. The briefing shall comply with the time and page limits set forth in Local Rule 7. To the extent Defendant indicated that it intended to seek summary judgment on multiple bases—some of which may not be dispositive of all claims—the Court encourages Defendant to consider explicitly indicating any issues on which it might alternatively seek to have the Court enter an order pursuant to Federal Rule of Civil Procedure 56(g).

The Court expects the parties' filings will comply with all aspects of Local Rule 56. The Court welcomes stipulations and reminds the parties that they are free to indicate that any such

stipulations are admissions solely for purposes of the to-be-filed summary judgment motion. See D. Me. Local Rule 56(g).

In addition to any stipulations of fact, the Court urges the parties to consider submitting a single stipulated record of exhibits and deposition excerpts that all sides agree will be referenced in the statements of material facts. The submission of a stipulated record does not prevent either side from submitting additional documents with their respective statement of material facts.

Any stipulations of fact or stipulated record shall be filed on or before **November 4, 2011**. Any stipulated record shall be filed as a single filing using the "Stipulated Record" event in CM/ECF and clearly attaching and labeling each separate exhibit. Once the stipulated filing is made, all statement of material fact filings shall endeavor to use the electronically generated Page ID number (found in the top right hand corner) as the pin cite for the required record citation.

Barring a grant of summary judgment or further order of the Court, this case shall be ready for trial by **March 5, 2012**.

SO ORDERED.

    /s/ George Z. Singal
   United States District Judge

Dated this 17th day of October, 2011.